UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARISA BUGANTEV, | Case No.: 1:24-cv-06092-VEC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| DESKTOP METAL, INC., RIC FULOP, BILAL ZUBERI, DAYNA GRAYSON, JAMES EISENSTEIN, JEFF IMMELT, SCOTT DUSSAULT, STEPHEN NIGRO, STEVE PAPA, and WEN HSIEH, | |
| Defendants. | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Larisa Bugantev ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 16, 2024

**BRODSKY & SMITH**

By: *Evan J. Smith*

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*